# Court of Appeals
# of the State of Georgia

ATLANTA,    May 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0385.  DEMETRIC DEMONS CHATMAN v. THE STATE.**

Following the revocation of his probation, Demetric Demons Chatman filed a motion for new trial, which the trial court denied on February 23, 2012.  Chatman did not file a timely discretionary application from this ruling.[1]  On May 4, 2012, the trial court granted Chatman's request for an out-of-time appeal, and Chatman filed this application for discretionary appeal.  We lack jurisdiction.

To be valid, an application for discretionary appeal must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  Here, Chatman was required to file his application within 30 days of the February 23 order.  Although the trial court purported to grant Chatman the right to file an out-of-time appeal, there is no right to an out-of-time application for discretionary appeal.  See *Gable v. State*, 290 Ga. 81 (720 SE2d 170) (2011) (out-of-time appeal only available for deprivation of constitutional right).  For these reasons, this application is hereby DISMISSED.

---

[1] Chatman's attorney improperly filed a direct appeal from the revocation order, which was docketed as Case Number A12A1645.  This appeal was dismissed by order entered April 25, 2012.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 05/25/2012
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*